| | |
|---|---|
| 1 | THOMAS P. O'BRIEN |
|   | United States Attorney |
| 2 | CHRISTINE C. EWELL |
|   | Assistant United States Attorney |
| 3 | Chief, Criminal Division |
|   | DANIEL S. GOODMAN (Cal. State Bar No. 126728) |
| 4 | Assistant United States Attorney |
|   | Deputy Chief, Criminal Division |
| 5 |     1200 United States Courthouse |
|   |     312 North Spring Street |
| 6 |     Los Angeles, California  90012 |
|   |     Telephone:  (213) 894-4667 |
| 7 |     Facsimile:  (213) 894-0141 |
|   |     E-Mail:  daniel.goodman@usdoj.gov |
| 8 | |
|   | Attorneys for Complainant |
| 9 | UNITED STATES OF AMERICA |

FILED
CLERK, U.S. DISTRICT COURT
AUG 26 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE           )   No. 09-1765M
EXTRADITION OF                 )
                               )   [PROPOSED] ORDER GRANTING
MASSIMILIANO LANZANI,          )   GOVERNMENT'S REQUEST FOR
                               )   DETENTION
A Fugitive from the            )
Government of Spain.           )
                               )
_____)

Upon consideration of the request of the United States for the detention of fugitive MASSIMILIANO LANZANI pending extradition proceedings, and good cause appearing therefor,

IT IS HEREBY ORDERED that said request is GRANTED without prejudice.  This order is based upon the following conclusions of law and findings of fact:

1.    In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail.  United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984).  The burden of showing special circumstances rests upon the fugitive.  See, e.g., Salerno, 878

1 | F.2d at 317-18.  Here, the Court finds that no such "special
2 | circumstances" exist.
3 |     2.    Because the Court finds no special circumstances to
4 | be present, it does not reach the issue of flight risk advanced
5 | by the government.
6 |     IT IS SO ORDERED.
7 | DATED: *August 26*, 2009

*[signature]*
HONORABLE CARLA WOEHRLE
United States Magistrate Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney

*[signature]*
DANIEL S. GOODMAN
Assistant United States Attorney


## CERTIFICATE OF SERVICE

I, **PATRICIA BALDERAS,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **PROPOSED ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION**

**Service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ x ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:   [ ] By federal express as follows:

David Kettel
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067

This Certificate is executed on **August 25, 2009,** at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
PATRICIA BALDERAS